UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| REBECCA LYNN MCBRIDE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, Acting ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) | Case No. CV416-220 |

## O R D E R

The Court having reviewed and considered the petition of Karl E. Osterhout of the law firm of Osterhout Disability Law, LLC, 521 Cedar Way, Suite 200, Oakmont, Pennsylvania 15139, for permission to appear pro hac vice on behalf of plaintiff Rebecca Lynn McBride, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Karl E. Osterhout as counsel of record for plaintiff Rebecca Lynn McBride, in this case.

**SO ORDERED** this ___17th___ day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA