# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| REBECCA LYNN MCBRIDE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CV416-220 |
| CAROLYN W. COLVIN, Acting Comissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

Because she failed to demonstrate indigency, the Court recommended that Rebecca McBride's motion for leave to proceed *in forma pauperis* (IFP) be denied. Doc. 4. She has since paid the $400 filing fee for this social security case. The Court therefore **VACATES** its recommendation (doc. 4), and **DENIES** her IFP motion as moot. Doc. 2.

**SO ORDERED**, this  29th  day of August, 2016.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA