IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

REBECCA LYNN MCBRIDE, )
)
    Plaintiff, )
)
v. ) CASE NO. CV416-220
)
NANCY BERRYHILL,[1] Acting )
Commissioner of Social Security, )
)
    Defendant. )
)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 20), to which no objections have been filed. After careful consideration of the record in this case, the Report and Recommendation is **ADOPTED** as the Court's opinion and the Commissioner's decision denying benefits is **AFFIRMED**. The Clerk of Court is directed to **CLOSE** this case.

SO ORDERED this 26th day of May 2017.

                WILLIAM T. MOORE, JR.
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF GEORGIA

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security, and has been substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit pursuant to Rule 25(d) of the Federal Rules of Civil Procedure. The Clerk of Court is **DIRECTED** to amend the caption accordingly.